UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



MARIO HERRERA,

        Petitioner,

-against-

UNITED STATES OF AMERICA,

        Respondent.

No. 16 Cr. 00064-01 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of Petitioner Mario Herrera's pro se motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. (See dkt. no. 486.) The Government may respond to Mr. Herrera's motion by no later than April 9, 2020.

**SO ORDERED.**

Dated: New York, New York
      February 24, 2020

_Loretta A. Preska_
LORETTA A. PRESKA
Senior United States District Judge

1