UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>  -against-<br><br>MARIO HERRERA,<br><br>    Defendant. | 16 Cr. 64 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

  The Court is in receipt of the letters, dated October 26, 2021 and affixed to this order, from Mr. Herrera's family members requesting that Mr. Herrera be furloughed to attend his father's wake.

  The Government shall provide any response, by letter, to the furlough request no later than Thursday, October 28, 2021 at 5:00 p.m.  The Probation Office shall also provide its position on the request in the same letter or by separate letter no later than Thursday, October 28, 2021 at 5:00 p.m.

  The Government is directed to communicate the contents of this order to the Probation Office.

**SO ORDERED.**

Dated: October 27, 2021
    New York, New York

                 *Loretta A. Preska*
                 LORETTA A. PRESKA
                 Senior United States District Judge

Date: 10/26/2021

Zugelis Herrera
215 E Gun Hill Rd apt 4D
Bronx, NY 10467
Tel: 646.630.4394
Email: Zherrera.rrt@gmail.con

The Honorable Loretta Preska
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Judge Preska

My name is Zugelis Herrera, I am the sister of Mario Herrera 77164-054. Whom is currently incarcerated at FCI Hazelton. The sole purpose of the letter is to ask for assistance, guidance and possibly grant Mario Herrera Furlough in order to attend our father viewing. Our father passed away on the evening 10/24/2021 at Albert Einstein Hospital, Bronx, NY.

One of my dad's last wishes was to see his son Mario Herrera. Unfortunately, due to the pandemic and very strict visitation regulation at FCI Hazelton; we were not able to grant him the wish of seeing his son. He would offend say that he will eventually pass away with seeing him. We are sure that the emotional burnt my father carried within from the absence of his son, cause him to physically decline rapidly.

Despite Mario's passed life error, he comes from a respected hard-working family. I myself am a healthcare (Respiratory Therapist); our older brother Guido J. Herrera is a NYPD officer. Both my older brother and I, have been frontline worker working +40hrs a week in order to meet NYS demand for the lack of essential worker during this current pandemic. We have proudly and with honor have done our due diligent contributing to our country in this time of need.

Therefore, we are pleading that the request for furlough be granted for Mario to see our father one last time and have some type of closure. We the Herrera family are willing to fully cooperate in any way, in order to process this request smoothly.

The current arrangement for our father is as follow:

Guido D. Herrera to be viewed on November 1, 2021 at:
Ortiz Funeral Home: 2121 Westchester Ave, Bronx, NY 10462
Time: 5-8pm
Telephone: 718.931.1500

I ask that you please look into this request, and hope that a positive outcome is reach. I am about to be reached I anytime for any further requirement need on my part.

Thank you, respectfully

Zugelis Herrera

Date: 10/26/2021

Christie-Lee Herrera
1171 Nepperhan Ave
Yonker, NY 10703
Tel: 929.616.0638
Email: c59dez@gmail.con

The Honorable Loretta Preska
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Judge Preska

My name is Christie-Lee Herrera-17. I am the oldest of 3 daughters to Mario Herrera 77164-054. Currently serving time at FCI Hazelton. On October 24th my grandfather passed away at the hospital. My grandfather had become ill after my father was sentence in 2017. I believe the sentencing took a toll on his health mentally and physically. The fact that my grandfather was not able to visit my father, because of all the pandemic restrictions didn't make anything better for the wellbeing of my grandfather.

My grandfather was a good man, very must involve in our lives. Which is why it was very hard for me, when he will ask when can he see my father. We would try to explain to him that due to the pandemic it was not possible for him to go visit my father due to the pandemic, but when get better we will take him to visit. My grandfather's dementia diagnosis was helpful. Am very hurt that we will not be able to take him to see my father as we would often tell him.

Therefore, am asking you if you can find it in your heart to allow my father to attend my grandfather wake on November 1, 2021. In order to see him one last before his remains are returned back to his native land. As we all know when my dad completes his sentence it may be years before he is able to pay his respect in the Dominican Republic which will soon be my grandfather resting place.

My father may be just a trouble person with a criminal background, because of the poor choices he has made. However, he is still person with a supportive family, who care and have overlooked his mistakes.

Therefore, am pleading on behalf of my little sisters (Jaylah Herrera-15 and Katelyn -8), my uncle, my aunt and most importantly my father; that you please give permission to Mario Herrera to attend my grandfathers wake. It will be devasting for my father and the rest of us, to know he did not get a chance to see my grandfather one last time for closure.

If there is any that is holding you back from allowing this request. I would like to apologize on his behalf. I will greatly appreciate if please take this letter into consideration when making a determination.

Thank you very much

Christie-Lee Herrera