Beena Iqbal Ahmad
Attorney at Law

1825 Foster Avenue, Suite 1K    Phone: (917) 806-1997
Brooklyn, NY 11230              Fax: (347) 402-2014
beena@kunstlerlaw.net

**BY ECF**

Hon. Loretta A. Preska, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

October 27, 2021

Dear Judge Preska,

    I was retained today by Mario Herrera to represent him in the request pending before Your Honor for a furlough so that he may attend the wake for his late father, Guido D. Herrera, on Monday, November 1, 2021. I have filed a Notice of Appearance on the docket in connection with this representation.

    I am aware that the Court has ordered the government and Probation to respond to the request made on behalf of Mr. Herrera by his family to allow him to attend his father's services by tomorrow, Thursday, October 28th at 5 p.m. I respectfully request that the Court permit me to submit a reply to the government's submission before ruling on this matter. My reply will be submitted no later than midnight on October 28th.

    Thank you for your kind consideration of this request.

*So ordered*
*Loretta A. Preska*
*10/28/21*

Respectfully submitted,

Beena Ahmad

Beena Iqbal Ahmad
Attorney for Mario Herrera

Cc: All parties, by ECF