UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

              Plaintiff

    -against-

MARIO HERRERA,

              Defendant.

16 Cr. 64 (LAP)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

    Before the Court is Defendant Mario Herrera's request for a temporary furlough to attend his father's wake on November 1, 2021. (See dkt. nos. 522, 524-25, 527.)  Because of the closeness of the bond between Defendant and his father and the relatively minor nature of the disciplinary infractions assessed against Defendant while incarcerated, the Court recommends to the Bureau of Prisons that Defendant be granted a temporary furlough to attend his father's wake.

    The Government is directed to communicate a copy of this order to the Bureau of Prisons and FCI Hazelton.

**SO ORDERED.**

Dated:    October 29, 2021
            New York, New York

                                              *Loretta A. Preska*
                                              LORETTA A. PRESKA
                                              Senior United States District Judge