UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>-against-<br><br>MARIO HERRERA,<br><br>    Defendant. | No. 16 Cr. 64 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

  Before the Court is Mr. Herrera's request, dated March 1, 2022, for the appointment of counsel, presumably to assist him in filing a new habeas petition.[1]  (Dkt. No. 538.)  As the Court noted in its January 12, 2022 order (see dkt. no. 536), the Court lacks the authority to appoint counsel until Mr. Herrera files a new Section 2255 petition.  See 28 U.S.C. § 2255(g) (the Court may appoint counsel in "proceedings brought under this section" (emphasis added)); see also 18 U.S.C. § 3006A ("[I]f the interests of justice so require, representation may be provided for any financially eligible person who . . . is seeking relief under section . . . 2255 of title 28." (emphasis added)).  If and when Mr. Herrera files a new petition under Section 2255, the Court will consider any application to appoint

---

[1]  Mr. Herrera's prior habeas petition was denied on August 12, 2021.  (See dkt. no. 8 in 19-cv-6555.)  Mr. Herrera has appealed that decision, which remains pending.  (See dkt. no. 9 in 19-cv-6555.)

1

CJA counsel under <u>Hodge v. Police Officers</u>, 802 F.2d 58, 61-62 (2d Cir. 1985).

The Clerk of the Court shall mail a copy of this order to Mr. Herrera at his last known address:

    Mario Herrera
    Register No. 77164-054
    FCI-Hazelton
    P.O. Box 5000
    Bruceton Wills, WV 26525

**SO ORDERED.**

Dated:     March 9, 2022
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge