UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

          Plaintiff,

    -against-

MARIO HERRERA,

          DEFENDANT.

16 CR 64 (LAP)

ORDER

Loretta A. Preska, Senior United States District Judge:

    The Court is in receipt of Mr. Herrera's motion for sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A). (Dkt. no. 547.) The Government shall respond to Mr. Herrera's motion on or before June 15, 2022.

**SO ORDERED.**

Dated:   New York, New York
          May 10, 2022

                          _____
                          LORETTA A. PRESKA
                          Senior United States District Judge