UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

           Plaintiff,

    -against-

MARIO HERRERA,

           DEFENDANT.

16 CR 64 (LAP)

ORDER

Loretta A. Preska, Senior United States District Judge:

    The Court is in receipt of Mr. Herrera's letter dated November 7, 2022. (Dkt. no. 559.) Mr. Herrera's Notice of Appeal is rejected. The Court has not yet ruled on his section 2255 motion or his motion for compassionate release. As such, there is nothing for Mr. Herrera to appeal. Mr. Herrera may have one final extension of time to file a reply in support of his section 2255 motion and his motion for compassionate release. Mr. Herrera shall file his reply on or before January 17, 2023. The Clerk of the Court shall mail a copy of this order to Mr. Herrera.

**SO ORDERED.**

Dated:    New York, New York
          November 23, 2022

                              _____
                              LORETTA A. PRESKA
                              Senior United States District Judge